| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 13, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

VAITAKI MANOA, JR.,

    Defendant.

Case No.  2:20MJ00075-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  VAITAKI MANOA, JR. , Case No.  2:20MJ00075-AC  Charge 21USC § 841(a)(1), 846 , from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ ____

     x   Unsecured Appearance Bond $  25,000.00

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

     X   (Other):  Pretrial conditions as stated on the record.

Issued at Sacramento, California on May 13, 2020 at 2:00

By: */s/ Allison Claire*

Magistrate Judge Allison Claire